**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

THOMAS LEE DEER,                                                                                                PLAINTIFF
ADC # 078527

V.                                             5:10-CV-00094-JJM-JJV

RAY HOBBS, Director, Arkansas
Department of Correction                                                                                   DEFENDANT

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that this action is DISMISSED without prejudice, all pending motions are denied as moot, and that dismissal of this action shall count as a "strike" for purposes of 28 U.S.C. § 1915(g).[1]

IT IS FURTHER ORDERED that the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any order adopting these recommendations would not be taken in good faith.

---

[1] Title 28 U.S.C. § 1915(g) provides that: "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted . . . ."

1

DATED this 26th day of April, 2010.

                                                JAMES M. MOODY
                                                UNITED STATES DISTRICT JUDGE